IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL LIPFORD**                                                                             **PLAINTIFF**

v.                                    Case No. 3:22-cv-00110 KGB

**ATRIUM MEDICAL CORPORATION**
**and MAQUET CARDIOVASCULAR**
**US SALES, LLC**                                                                               **DEFENDANTS**

## ORDER

Before the Court is plaintiff Randall Lipford's motion to dismiss without prejudice as to Maquet Cardiovascular US Sales, LLC (Dkt. No. 15). Mr Lipford states that the correct corporate entity for the litigation involved in this complaint is Atrium Medical Corporation (*Id.*). Defendants filed a response in which they agree that separate defendant Maquet Cardiovascular US Sales, LLC, is not a necessary party to this litigation and may be dismissed (Dkt. No. 15).

For good cause shown, the Court grants Mr. Lipford's motion and dismisses without prejudice separate defendant Maquet Cardiovascular US Sales, LLC, as a party to this lawsuit (Dkt. No. 15).

It is so ordered this 29th day of July, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge