IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL LIPFORD**                                                                                    **PLAINTIFF**

v.                              Case No. 3:22-cv-00110 KGB

**ATRIUM MEDICAL CORPORATION**
**and MAQUET CARDIOVASCULAR**
**US SALES, LLC**                                                                                     **DEFENDANTS**

## ORDER

Before the Court is plaintiff Randall Lipford's motion for extension of time to respond to motion for judgment on the pleadings (Dkt. No. 27). Mr. Lipford requests an extension of time up to and including November 23, 2022, within which to file a response to defendant Atrium Medical Corporation's ("Atrium") motion for judgment on the pleadings (*Id.*). Mr. Lipford represents that Atrium has no objection to the request for extension (*Id.*). For good cause shown, the Court grants the motion (*Id.*). Mr. Lipford has up to and including November 23, 2022, to file a response to Atrium's motion for judgment on the pleadings.

It is so ordered this 18th day of November, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge