IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL LIPFORD**                                                                                           **PLAINTIFF**

v.                                              Case No. 3:22-cv-00110 KGB

**ATRIUM MEDICAL CORPORATION**
**and MAQUET CARDIOVASCULAR**
**US SALES, LLC**                                                                                            **DEFENDANTS**

## ORDER

Before the Court is defendant Atrium Medical Corporation's ("Atrium") motion for leave to file reply brief (Dkt. No. 31). Atrium represents that it seeks to address arguments raised by plaintiff Randall Lipford in his response to Atrium's motion for judgment on the pleadings (*Id.*). Atrium represents that Mr. Lipford does not object to Atrium filing a reply (*Id.*). For good cause shown, the Court grants the motion (Dkt. No. 31), and directs Atrium to file its reply within seven days of entry of this Order.

It is so ordered this 7th day of December, 2022.

Kristine G. Baker
United States District Judge