IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL LIPFORD**                                                          **PLAINTIFF**

v.                      Case No. 3:22-cv-00110 KGB

**ATRIUM MEDICAL CORPORATION**
**and MAQUET CARDIOVASCULAR**
**US SALES, LLC**                                                  **DEFENDANTS**

## **ORDER**

Before the Court is plaintiff Randall Lipford's motion for continuance (Dkt. No. 35). On August 16, 2022, this Court entered a Final Scheduling Order setting the discovery deadline for June 23, 2023, the motions deadline for February 23, 2024, and a jury trial for sometime during the week of June 10, 2024 (Dkt. No. 18). Mr. Lipford represents that his counsel has counsel has suffered significant adverse health issues (Dkt. No. 35, ¶¶ 3–4). As a result, Mr. Lipford requests that the Court "extend and continue the discovery and expert disclosures and reports deadlines, with a view towards completion more towards the trial date of June 10, 2024." (*Id.*, ¶ 5). Mr. Lipford represents that this request will allow his counsel adequate time to recover from both his acute and chronic health matters (*Id.*). Defendant Atrium Medical Corporation filed a response stating that it does not object to Mr. Lipford's motion for continuance (Dkt. No. 36).

For good cause shown, the Court grants Mr. Lipford's motion (Dkt. No. 35). The Court suspends all unexpired deadlines set forth in the Court's Final Scheduling Order but maintains the trial date of the week of June 10, 2024, at this time (Dkt. No. 18). The Court will enter a new scheduling order by separate Order that resets unexpired pretrial deadlines but that does not continue the trial date.

It is so ordered this 21st day of June, 2023.

_____
Kristine G. Baker
United States District Judge