IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL LIPFORD**                                                                                    **PLAINTIFF**

v.                                    Case No. 3:22-cv-00110 KGB

**ATRIUM MEDICAL CORPORATION**
**and MAQUET CARDIOVASCULAR**
**US SALES, LLC**                                                                                    **DEFENDANTS**

## ORDER

Before the Court is the status of this case. Counsel for plaintiff Randall Lipford and defendant Atrium Medical Corporation have indicated through informal communication with the Court that the parties have reached a settlement in this case. Accordingly, all deadlines set forth in the Court's Final Scheduling Order remain suspended until further Order of the Court (Dkt. No. 18). The parties are directed to file by August 21, 2023, a joint motion for dismissal or a joint status report.

It is so ordered this 20th day of July, 2023.

_____
Kristine G. Baker
United States District Judge