IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL LIPFORD**                                                                                   **PLAINTIFF**

v.                              Case No. 3:22-cv-00110 KGB

**ATRIUM MEDICAL CORPORATION**
**and MAQUET CARDIOVASCULAR**
**US SALES, LLC**                                                                                    **DEFENDANTS**

## ORDER

Before the Court is the status of this case. The parties submitted a joint status report indicating they need an additional two weeks to confer regarding a release at which time they will file an additional joint status report or joint motion for dismissal (Dkt. No. 40). The parties are directed to file by September 5, 2023, a joint motion for dismissal or a joint status report.

It is so ordered this 23rd day of August, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge