IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL LIPFORD**                                                                  **PLAINTIFF**

v.                      Case No. 3:22-cv-00110 KGB

**ATRIUM MEDICAL CORPORATION**
**and MAQUET CARDIOVASCULAR**
**US SALES, LLC**                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 42). The parties request that the Court dismiss with prejudice plaintiff's complaint, including any and all amendments thereto, pursuant to Federal Rule of Civil Procedure 41(a)(2) (*Id*.). For good cause shown, the Court grants the parties' joint motion to dismiss (Dkt. No. 42). The Court denies as moot the pending motion for judgment on the pleadings (Dkt. No. 25). The action is dismissed with prejudice, with each party to bear their own costs and fees.

It is so ordered this 8th day of September, 2023.

                                                           Kristine G. Baker
                                                           United States District Judge